Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PAMELA LaRUFFA, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL BANK; WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-PR1; WELLS FARGO BANK, N.A; JPMORGAN CHASE BANK, N.A.; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; And DOES 1 to 10, Inclusive, <br><br> Defendants. | Case No. SACV12-1781-AG(JPRx) <br><br> Hon. Andrew J. Guilford <br><br> **JUDGMENT** |

IR01DOCS\590755.1

[PROPOSED] JUDGMENT

1       WHEREAS, on December 10, 2012, the Court granted a Motion to Dismiss Plaintiff Pamela LaRuffa's Complaint, without leave to amend. *See* Court Docket No. 19. The Motion to Dismiss was brought by Defendants JPMorgan Chase Bank, N.A. individually, and as an acquirer of certain assets of Washington Mutual Bank from the FDIC acting as receiver (erroneously sued as Washington Mutual Bank); and Wells Fargo Bank, N.A. as Trustee for WaMu Pass-Through Certificates, Series 2006-PR1 (erroneously sued as Wells Fargo Bank, N.A. and erroneously sued as WAMU Mortgage Pass-Through Certificates, Series 2006-PR1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
2  all claims in the Complaint of Plaintiff Pamela LaRuffa are DISMISSED as to
3  Defendants JPMorgan Chase Bank, N.A. individually, and as an acquirer of certain
4  assets of Washington Mutual Bank from the FDIC acting as receiver (erroneously
5  sued as Washington Mutual Bank); and Wells Fargo Bank, N.A. as Trustee for
6  WaMu Pass-Through Certificates, Series 2006-PR1 (erroneously sued as Wells
7  Fargo Bank, N.A. and erroneously sued as WAMU Mortgage Pass-Through
8  Certificates, Series 2006-PR1).

10  **SUCH JUDGMENT IS HEREBY ENTERED.**

13  Dated: Jan 9, 2013

Hon. Andrew J. Guilford
United States District Court Judge
Central District of California